CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Leonardo CRUZ**<br>DOB: 2004; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>24-02573MJ |

Complaint for violation of Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about March 1, 2024, at or near Tucson, in the District of Arizona, **Leonardo CRUZ (CRUZ)** did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).
All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 5, 2024, Homeland Security Investigations (HSI) Special Agents (SA) were notified of a seizure of methamphetamine that was concealed within five (5) GNC protein containers weighing 12.64 KG. The shipment was intercepted by Customs and Border Protections Officers (CBPO) assigned to the DHL international mail facility in Cincinnati, Ohio. The shipping label shows the package was shipped on March 1, 2024, from Tucson, AZ and was destined for Auckland, New Zealand. The label identified the shipper as "GNC Tucson Spectrum."

Through investigative efforts, HSI obtained video footage of the transaction at the DHL facility in Tucson, AZ, and identified Leonardo CRUZ as the shipper of the package. CRUZ, wearing a black polo shirt with the letters "GNC" in red, brought the package into the DHL storefront and attempted to send the package. Employment checks on CRUZ showed he was not employed at GNC. Information received from DHL indicates that CRUZ attempted to pay for the shipping in cash, and the transaction was denied as a result of the payment method. CRUZ exited the DHL facility with the package, entered a gold Nissan Altima, and departed the DHL Facility. CRUZ and another male returned to the DHL facility in the Gold Altima approximately 30 minutes later and paid $831.81 for the shipment using a Washington Federal Bank (WaFd) Visa card.

Through a Grand Jury subpoena, HSI Tucson obtained bank records and security camera footage from WaFd. Surveillance footage from WaFd shows CRUZ and another male arrived at a branch in South Tucson approximately 15 minutes after departing the DHL facility. The other male deposited $1,300.00 cash into the other individual's account. CRUZ and the other male returned to the DHL and paid for the shipment with the Visa card.
(CONTINUED)

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>PAUL V BRADLEY *Digitally signed by PAUL V BRADLEY Date: 2024.09.05 09:39:00 -07'00'* |
|---|---|
| | OFFICIAL TITLE<br>Special Agent Paul Bradley<br>Homeland Security Investigations |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>September 5, 2024 |

Reviewed by AUSA DeJoe

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED (Continued):**

CRUZ and the other male returned to the WaFd bank after the package was shipped. The other male exited the driver's seat of the gold Nissan Altima, walked toward the bank, then returned to the Altima and spoke to the front seat passenger, believed to be CRUZ. The male then walked to the ATM on the outside of the building and withdrew $460.00 cash, which is the approximate balance of the earlier cash deposit, less the amount paid for shipping.

On September 04, 2024, HSI Tucson agents encountered CRUZ at the Douglas, AZ Port of Entry. During a post-*Miranda* interview, HSI agents showed CRUZ images from the surveillance footage at DHL. CRUZ identified himself as the person who shipped the packages. CRUZ stated a male named "Joel" in Mexico asked him to go to Tucson to ship a package for him. CRUZ stated Joel gave him a piece of paper with the shipping address. CRUZ stated Joel gave him approximately $1,500 USD and told him it would cost about $1,000 to ship the package, and the rest of the cash was CRUZ's to keep. Joel also gave CRUZ the GNC polo and told CRUZ he could wear it if he wanted to. CRUZ stated a friend drove him to the DHL store, then they met a male in a blue truck at a gas station near the DHL store. He received the package from the male in the blue truck and brough it to the DHL. CRUZ stated he was turned away when he tried to ship the package using cash as a payment, so his friend deposited the cash in his account, and they returned to pay for the shipment with his friend's debit card. CRUZ stated he met with Joel when he returned to Mexico and gave Joel a copy of the receipt from the DHL store.